STATE of Missouri, Respondent,

v.

Arlen BROWN, Appellant.

No. ED 83342.

Missouri Court of Appeals,
Eastern District,
Division Four.

Oct. 26, 2004.

Amy M. Bartholow, Columbia, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Dora A. Fichter, Jefferson City, MO, for respondent.

Before LAWRENCE E. MOONEY, P.J., LAWRENCE G. CRAHAN, J., and MARY K. HOFF, J.

## ORDER

PER CURIAM.

Arlen Brown appeals the judgment entered upon his conviction by a jury of one count of possession of methamphetamine. We have reviewed the briefs of the parties and the record on appeal and find no error of law. An extended opinion would serve no jurisprudential purpose. We have, however, provided a memorandum opinion for the use of the parties only setting forth the reasons for our decision. The judgment is affirmed pursuant to Rule 30.25(b).